**United States District Court**
**Central District of California**
**255 East Temple Street**
**Los Angeles, California 90012**

Margaret M. Morrow
United States District Judge

Telephone
(213) 894-2949

July 2, 2010

Hon. Bobby R. Baldock
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544



Re: *Amended Financial Disclosure Report - Reporting Period 2009*

Dear Judge Baldock:

In response to your letter of June 28, 2010, I would like to make two amendments to my 2009 Financial Disclosure Report dated May 10, 2010.

In Part VII, page 52, line 824, of my 2009 report, I inadvertently stated that I sold my "Arch Coal Inc." holding. I did not own Arch Coal Inc. in 2009, however. I listed "Arch Coal Inc." in my 2008 report as part of "Brokerage Account #2 - Trust" on page 55, line 868. The 2008 report reflects that the stock was sold. That sale disposed of the holding in its entirety.

In Part VII, page 26, line 391, of my 2008 report, I listed "Dolby Labs Inc." as part of "Brokerage Account #1" - Individual Retirement Account." I inadvertently omitted Dolby Labs Inc. from my 2009 report. I owned Dolby Labs Inc. continuously, although there were no reportable transactions in 2009.

Please let me know if you have additional questions.

Very truly yours,



Morrow, Margaret M.

| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** COPY | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MORROW, MARGARET M. | 2. Court or Organization<br><br>United States District Court, CACD | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States District Court<br>255 E. Temple Street, Ste. 770<br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Ninth Circuit Historical Society |
| 2. Trustee | Bryn Mawr College - Board of Trustees |
| 3. Trustee | Mayfield Senior School - Board of Trustees |
| 4. Trustee | Trust (Part VII, Page 33, Line 508) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 11 A 10: 28 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Defined Benefit Pension Payment from State of California | $134,401.44 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston College | April 21-22 | Boston, MA | Moot Court Competition | One-way air transportation, ground transportation in Los Angeles and Boston, meal |
| 2. | Bryn Mawr College | April 23-25 | Bryn Mawr, PA | Board of Trustee Meeting | One-way air transportation, one-way train fare, lodging, meals |
| 3. | Bryn Mawr College | October 1-3 | Bryn Mawr, PA | Board of Trustee Meeting | Air transportation, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Van Kampen American Capital, Pace Fund-A- IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Bank - IRA | A | Interest | | | Distributed | 07/07/09 | J | A | |
| 4. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | F | Int./Div. | P1 | T | | | | | |
| 5. - Cash equivalent - Morgan Stanley | | | | | | | | | |
| 6. - Amgen Inc. - common stock | | | | | | | | | |
| 7. - Sanofi-Aventis ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 8. - The Bank of New York Mellon Corporation - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 9. - BP plc ADR - common stock | | | | | | | | | |
| 10. - Cisco Systems Inc. - common stock | | | | | | | | | |
| 11. - Exxon Mobil Corporation - common stock | | | | | | | | | |
| 12. - General Electric Company - common stock | | | | | Buy (add'l) | 03/16/09 | J | | |
| 13. - | | | | | Sold (part) | 03/20/09 | J | | |
| 14. - JP Morgan Chase & Company - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 15. - Microsoft Corporation - common stock | | | | | Sold (part) | 02/05/09 | J | | |
| 16. - Qualcomm Inc. - common stock | | | | | | | | | |
| 17. - Royal Dutch Shell PLC ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AT&T Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 19. - Schlumberger Ltd. - common stock | | | | | Sold (part) | 07/29/09 | J | A | |
| 20. - Wal-Mart Stores Inc. - common stock | | | | | Buy (add'l) | 03/06/09 | J | | |
| 21. - | | | | | Sold (part) | 03/20/09 | J | | |
| 22. - Waste Management Inc. - common stock | | | | | Sold | 05/18/09 | J | | |
| 23. - Siemens AG ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 24. - UBS AG - common stock | | | | | | | | | |
| 25. - Comcast Corp. - common stock | | | | | | | | | |
| 26. - Eaton Corp. - common stock | | | | | | | | | |
| 27. - Procter & Gamble - common stock | | | | | | | | | |
| 28. - Monsanto Co. - common stock | | | | | | | | | |
| 29. - Praxair, Inc. - common stock | | | | | | | | | |
| 30. - Kraft Foods Inc. - common stock | | | | | | | | | |
| 31. - Progress Energy Inc. - common stock | | | | | | | | | |
| 32. - Vodafone Group PLC ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 33. - CVS Caremark Corp. - common stock | | | | | | | | | |
| 34. - Kroger Co. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Adobe Systems Inc. - common stock | | | | | | | | | |
| 36. - Barrick Gold Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 37. - Campbell Soup Company - common stock | | | | | Sold | 06/09/09 | J | | |
| 38. - El Paso Corp. - common stock | | | | | | | | | |
| 39. - Google Inc. - common stock | | | | | | | | | |
| 40. - Hewlett Packard Co. - common stock | | | | | | | | | |
| 41. - Southern Co. - common stock | | | | | Sold | 03/26/09 | J | | |
| 42. - Stericycle Inc. - common stock | | | | | | | | | |
| 43. - Abbott Laboratories - common stock | | | | | | | | | |
| 44. - Church & Dwight Co. Inc. - common stock | | | | | | | | | |
| 45. - Coca-Cola Co. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 46. - Coca-Cola Enterprises - common stock | | | | | | | | | |
| 47. - Eaton Vance Tax Mgd Div. Eqty. Inc. Fund - Closed-end Fund | | | | | Sold | 03/02/09 | K | | |
| 48. - Ericsson LM Telephone Co. - ADR - common stock | | | | | Sold | 01/30/09 | J | | |
| 49. - Sumitomo Mitsui Financial Group Inc. ADR - common stock | | | | | | | | | See note in Part VIII |
| 50. - Teva Pharmaceutical Industries Ltd. ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 51. - Texas Instruments Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of sp use and dependent child en; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Amazon.com Inc. - common stcok | | | | | Sold (part) | 03/20/09 | J | A | |
| 53. - AON Corp. - common stock | | | | | | | | | |
| 54. -Archer-Daniels-Midland Co. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 55. - BB&T Corp. - common stock | | | | | | | | | |
| 56. - Caterpillar Inc. - common stock | | | | | | | | | |
| 57. - Charles Schwab Corp. - common stock | | | | | | | | | |
| 58. - Chevron Corp. - common stock | | | | | | | | | |
| 59. - Costco Wholesale Corp. - common stock | | | | | Sold | 03/04/09 | J | | |
| 60. - Delta Airlines, Inc. - common stock | | | | | | | | | |
| 61. - Eaton Vance Tax Managed Global - Closed-end Fund | | | | | Sold | 03/02/09 | K | | |
| 62. - First Solar Inc. - common stock | | | | | | | | | |
| 63. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 64. -IAC/InteractiveCorp. - common stock | | | | | Sold | 06/05/09 | J | | |
| 65. - Ticketmaster Entertainment, Inc. - common stock | | | | | Sold | 03/25/09 | J | | |
| 66. - Intel Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 67. - Juniper Networks Inc. - common stock | | | | | | | | | |
| 68. - Kohl's Corp. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - McDermott International Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 70. - MainStay Floating Rate Fund - Mutual Fund | | | | | | | | | See note in Part VIII |
| 71. - Merrill Lynch & Co. Inc. - common stock | | | | | | | | | See note in Part VIII |
| 72. - Bank of America - commons stock | | | | | Merged (with line 71) | 01/02/09 | J | | |
| 73. - | | | | | Sold | 03/06/09 | J | | |
| 74. - Nicholas-Applegate Equity & Conv. Income Fund | | | | | | | | | See note in Part VIII |
| 75. - Nuveen Floating Rate Income Fund - Closed-end Fund | | | | | Sold | 03/02/09 | J | | |
| 76. - Nvidia Corporation - common stock | | | | | | | | | |
| 77. - Oracle Corp. - common stock | | | | | Sold | 10/06/09 | J | A | |
| 78. - Peabody Energy Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 79. - | | | | | Sold | 07/30/09 | J | | |
| 80. - PNC Financial Services Group - common stock | | | | | Sold (Part) | 10/21/09 | J | | |
| 81. - Putnam Floating Rate Income Fund - mutual fund | | | | | | | | | See note in Part VIII |
| 82. - Roche Holding Ltd. - ADR - common stock | | | | | | | | | |
| 83. - RockwellCollins Inc. - common stock | | | | | | | | | |
| 84. - Suntrust Banks Inc. - common stock | | | | | | | | | |
| 85. - Time Warner Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - US Bancorp - common stock | | | | | Sold | 01/26/09 | J | | |
| 87.  - Weatherford Int'l. Ltd. - common stock | | | | | | | | | |
| 88.  - Wells Fargo & Co. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 89.  - Broadcom Corp - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 90.  - EOG Resources Inc.- common stock | | | | | | | | | |
| 91.  - MEMC Electronic Materials Inc. - common stock | | | | | | | | | See note in Part VIII |
| 92.  - Societe Generale ADR - common stock | | | | | | | | | |
| 93.  - Abercrombie & Fitch Co. - common stock | | | | | Sold | 01/14/09 | J | A | |
| 94.  - ACE Limited - common stock | | | | | Sold | 05/12/09 | J | | |
| 95.  - Activision Blizzard Inc. - common stock | | | | | Sold | 07/09/09 | J | | |
| 96.  - Aegon NV ADR - common stock | | | | | | | | | |
| 97.  - Affiliated Computer Services Inc. - common stock | | | | | | | | | |
| 98.  - Akamai Technologies Inc. - common stock | | | | | Sold (part) | 08/06/09 | J | A | |
| 99.  - Alcatel-Lucent ADS - common stock | | | | | | | | | |
| 100.  - Allegheny Technologies Inc. - common stock | | | | | Sold (part) | 07/16/09 | J | A | |
| 101.  - Allergan Inc. - common stock | | | | | | | | | |
| 102.  - Alumina Ltd. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting<br><br>MORROW, MARGARET M. | Date of Report<br><br>05/10/2010 |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Ameren Corp. - common stock | | | | | | | | | |
| 104. - Anadarko Petroleum Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 105. - Anglogold Ashanti Limited - common stock | | | | | Sold (part) | 03/20/09 | J | B | |
| 106. - Annaly Capital Mgmt. Inc. - common stock | | | | | | | | | |
| 107. - Autodesk Inc. - common stock | | | | | | | | | |
| 108. - Avon Products Inc. - common stock | | | | | | | | | |
| 109. - Bank of America Corp. - common stock | | | | | Sold | 03/06/09 | J | | |
| 110. - Bed Bath & Beyond Inc. - common stock | | | | | | | | | |
| 111. - Best Buy Co. Inc. - common stock | | | | | | | | | |
| 112. - Big Lots Inc. - common stock | | | | | | | | | See note in Part VIII |
| 113. - Biogen Idec Inc. - common stock | | | | | Sold (part) | 3/20/09 | J | A | |
| 114. - BJ's Wholesale Club - common stock | | | | | Sold | 08/27/09 | J | A | |
| 115. - Blackrock Inc. - common stock | | | | | | | | | |
| 116. - Boston Scientific Corp. - common stock | | | | | | | | | |
| 117. - Brandywine Realty TR SBI - common stock | | | | | | | | | |
| 118. - Broadridge Financial Solutions, Inc. - common stock | | | | | | | | | |
| 119. - Cablevision Systems Corp. - common stock | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Cameco Corp. - common stock | | | | | | | | | |
| 121. - Capital One Financial - common stock | | | | | Sold | 04/01/09 | J | | |
| 122. - Cardinal Health Inc. - common stock | | | | | Sold | 05/19/09 | J | | |
| 123. - Carnival Corp. - common stock | | | | | | | | | |
| 124. - Celgene Corp. - common stock | | | | | | | | | |
| 125. - Centrais Elec Bras ADR - preferred stock | | | | | | | | | |
| 126. - Chubb Corp. - common stock | | | | | | | | | |
| 127. - Cintas Corp. - common stock | | | | | | | | | |
| 128. - Colonial Properites TR - common stock | | | | | | | | | |
| 129. - Compass Minerals Int'l. Inc. - common stock | | | | | | | | | |
| 130. - Consolidated Edison Inc. - common stock | | | | | | | | | |
| 131. - Corrections Corp. of America - common stock | | | | | | | | | |
| 132. - Covidien Ltd. - common stock | | | | | | | | | |
| 133. - Cree Research Inc. - common stock | | | | | | | | | |
| 134. - Dai Nipppn Ptrg. Ltd. Japan - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 135. - Daiwa House Industries Ltd. ADR - common stock | | | | | | | | | |
| 136. - Dell Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Dreamworks Animation SKG Inc. - common stock | | | | | | | | | |
| 138. - Ebay Inc. - common stock | | | | | | | | | |
| 139. - Electronic Arts Inc. - common stock | | | | | | | | | |
| 140. - Endurance Specialty Hldgs. Ltd. - common stock | | | | | | | | | |
| 141. - Entergy Corp. - common stock | | | | | | | | | |
| 142. - Expedia Inc. - common stock | | | | | Sold (part) | 09/10/09 | J | B | |
| 143. - Fidelity National Fin'l. Inc. - common stock | | | | | Sold | 05/26/09 | J | | |
| 144. - Fifth Third Bancorp - common stock | | | | | Sold | 02/19/09 | J | | |
| 145. - Flour Corp. - common stock | | | | | | | | | |
| 146. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 147. - FPL Group Inc. - common stock | | | | | Sold | 10/01/09 | J | | |
| 148. - Franklin Resources Inc. - common stock | | | | | | | | | |
| 149. - FTI Consulting Inc. - common stock | | | | | Sold | 04/02/09 | J | | |
| 150. - Fujifilm Hldgs Corp. ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 151. - General Mills Inc. - common stock | | | | | Sold | 03/26/09 | J | | |
| 152. - Genuine Parts Co. - common stock | | | | | | | | | |
| 153. - Genzyme Corp. - common stock | | | | | Sold (part) | 03/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - | | | | | Sold (part) | 03/20/09 | J | | |
| 155.  - Gold Fields Ltd. ADS - common stock | | | | | Sold (part) | 01/30/09 | J | A | |
| 156.  - | | | | | Sold (part) | 03/20/09 | J | A | |
| 157.  - Goldcorp Inc. - common stock | | | | | Sold | 06/17/09 | J | A | |
| 158.  - Goldman Sachs Group Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 159.  - Goodyear Tire & Rubber - common stock | | | | | | | | | |
| 160.  - Great Plains Energy Inc. - common stock | | | | | | | | | |
| 161.  - H & R Block - common stock | | | | | Sold | 05/14/09 | J | | |
| 162.  - Hachijuni Bank Ltd. ADR - common stock | | | | | | | | | |
| 163.  - Hasbro Inc. - common stock | | | | | | | | | |
| 164.  - HCP Incorporated - common stock | | | | | | | | | |
| 165.  - Health Care REIT Inc. - common stock | | | | | | | | | |
| 166.  - Henry Schein Inc. - common stock | | | | | Sold | 06/17/09 | J | | |
| 167.  - Hertz Global Holdings Inc. - common stock | | | | | Sold (part) | 08/07/09 | J | | |
| 168.  - Hess Corporation - common stock | | | | | | | | | |
| 169.  - Hewitt Associates Inc. - common stock | | | | | | | | | |
| 170.  - Home Depot Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Hutchinson Telecom Int'l. Ltd. - common stock | | | | | Sold | 12/03/09 | J | | |
| 172. - IHS Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 173. - Impala Platinum Hldgs Ltd. ADR - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 174. - Integrys Energy Group Inc. - common stock | | | | | | | | | |
| 175. -Intercontinental Exchange, Inc. - common stock | | | | | Sold | 01/06/09 | J | | |
| 176. - Int'l. Business Machines Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 177. - Int'l. Flavors & Fragrances - common stock | | | | | | | | | |
| 178. - iShares Comex Gold Tr - common stock | | | | | | | | | |
| 179. - Itron Inc. - common stock | | | | | | | | | |
| 180. - Ivanhoe Mines Ltd. - common stock | | | | | Sold (part) | 03/03/09 | J | A | |
| 181. - | | | | | Sold (part) | 03/20/09 | J | A | |
| 182. - J. Crew Group Inc.- common stock | | | | | | | | | |
| 183. - Johnson & Johnson - common stock | | | | | | | | | |
| 184. - Korea Electric Power Corp. ADS - common stock | | | | | | | | | |
| 185. - L-3 Communications Holdings Inc. - common stock | | | | | | | | | |
| 186. - Liberty Global Inc. - common stock | | | | | | | | | |
| 187. - Liberty Media Corp. Series A Liberty Ent. - common stock | | | | | | 11/20/09 | J | | See note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Liberty Media Starz Series A - common stock | | | | | Spinoff (from line 187) | 11/20/09 | J | | See note in Part VIII |
| 189. - Liberty Media I - common stock | | | | | Spinoff (from line 187) | 11/20/09 | J | | See note in Part VIII |
| 190. - The Directv Group Class A - common stock | | | | | Spinoff (from line 187) | 11/25/09 | J | | See note in Part VIII |
| 191. - Liberty Media Hldg. Capital Series A - common stock | | | | | | | | | |
| 192. - Liberty Media Hldg SR A Inter - common stock | | | | | | | | | |
| 193. - Lihir Gold Ltd. ADR - common stock | | | | | Sold | 03/20/09 | J | A | |
| 194. - Lonmin PLC ADR- common stock | | | | | Sold | 04/03/09 | J | A | |
| 195. - Lowes Companies Inc. - common stock | | | | | Sold | 10/29/09 | J | | |
| 196. - M&T Bank Corp. - common stock | | | | | | | | | |
| 197. - Magna Int'l. Inc. - common stock | | | | | | | | | |
| 198. - Masco Corp. - common stock | | | | | | | | | |
| 199. - Mattel Inc. - common stock | | | | | | | | | |
| 200. - McDonalds Corp. - common stock | | | | | Sold | 09/16/09 | J | | |
| 201. - MGM Mirage - common stock | | | | | Sold | 02/05/09 | J | | |
| 202. - Millicom Int'l. Cellular SA - common stock | | | | | | | | | |
| 203. - Mitsui Sumitomo ADR - common stock | | | | | | | | | |
| 204. - Monster Worldwide Inc. - common stock | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Moody's Corp. - common stock | | | | | Sold | 12/09/09 | J | A | |
| 206. - Morningstar Inc. - common stock | | | | | Sold | 04/03/09 | J | | |
| 207. - Nasdaq OMX Group Inc. - common stock | | | | | | | | | |
| 208. - National Oilwell Varco Inc. - common stock | | | | | | | | | |
| 209. - Newcrest Mining Ltd. ADR - common stock | | | | | | | | | |
| 210. - Newmont Mining Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 211. - Nexen Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 212. - Nippon Telegraph & Telephone ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 213. - Nisource Inc. - common stock | | | | | | | | | |
| 214. - Noble Energy Inc. - common stock | | | | | | | | | |
| 215. - Northeast Utilities - common stock | | | | | Sold | 06/25/09 | J | A | |
| 216. - NYSE Euronext - common stock | | | | | | | | | |
| 217. - Old Republic Int'l. Corp. - common stock | | | | | | | | | |
| 218. - Pall Corporation - common stock | | | | | | | | | |
| 219. - Panasonic Corp. - common stock | | | | | | | | | |
| 220. - Penn National Gaming - common stock | | | | | | | | | |
| 221. - Penney J. C. Co. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Pentair Inc. - common stock | | | | | Sold | 10/29/09 | J | A | |
| 223. - Pepsico Inc. - common stock | | | | | | | | | |
| 224. - Petro Canada - common stock | | | | | Sold | 02/02/09 | J | | |
| 225. - Petroleo Brasileiro SA ADS - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 226. - Peteroleo Brasileiro SA ADR - common stock | | | | | | | | | |
| 227. - Pioneer Natural Resources Co. - common stock | | | | | Sold | 04/02/09 | J | A | |
| 228. - Pfizer Inc. - common stock | | | | | Sold | 07/09/09 | J | | |
| 229. - Phillips Van Heusen - common stock | | | | | Sold | 01/15/09 | J | | |
| 230. - Polaris Industries Inc. - common stock | | | | | Sold | 02/03/09 | J | | |
| 231. - Promise CO ADR- common stock | | | | | Sold | 06/11/09 | J | | |
| 232. - Proshares UltraShort Financials - ETF | | | | | Sold | 01/06/09 | J | | |
| 233. - Proshares UltraShort MSCI Emer - ETF | | | | | Sold | 07/21/09 | J | | |
| 234. - Proshares UltraShort Russell 20- ETF | | | | | Sold | 07/23/09 | J | | See note in Part VIII |
| 235. - Proshares UltraShort S&P 500 - ETF | | | | | Buy (add'l) | 01/02/09 | J | | |
| 236. - | | | | | Sold (part) | 03/02/09 | J | A | |
| 237. - | | | | | Sold (part) | 03/11/09 | J | A | |
| 238. - | | | | | Sold | 07/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Proshares Ultrashort Basic Mat - ETF | | | | | Sold | 07/28/09 | J | | |
| 240. - Proshares Ultrashort Consumer - ETF | | | | | Sold | 08/04/09 | J | | |
| 241. - Proshares Ultrashort QQQ - ETF | | | | | Sold | 02/06/09 | J | | |
| 242. - Proshares Ultrashort Industrials - ETF | | | | | Sold | 01/02/09 | J | | |
| 243. - Proshares Ultrashort Oil & Gas - ETF | | | | | Sold | 08/24/09 | J | | |
| 244. - Proshares Ultrashort Real Estate - ETF | | | | | Sold | 01/05/09 | J | | |
| 245. - Ralcorp Holdings - common stock | | | | | Sold | 10/08/09 | J | | |
| 246. - Range Resources Corp. - common stock | | | | | | | | | |
| 247. - Roper Industries Inc. - common stock | | | | | | | | | |
| 248. - Rowan Companies Inc. - common stock | | | | | Sold | 08/24/09 | J | A | |
| 249. - Royal Caribbean Cruises Ltd. - common stock | | | | | Sold | 12/18/09 | J | | |
| 250. - Scientific Games Corp. - common stock | | | | | Sold | 01/16/09 | J | | |
| 251. - Seagate Technology Holdings - common stock | | | | | | | | | |
| 252. - Sears Holding Corp. - common stock | | | | | | | | | |
| 253. - Sega Sammy Holdings ADR - common stock | | | | | | | | | |
| 254. - Sekisui House Ltd. ADR - common stock | | | | | | | | | |
| 255. - Sempra Energy - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Seven & I Holdings Co. Ltd. - common stock | | | | | | | | | |
| 257. - Shiseido Ltd Spon ADR - common stock | | | | | | | | | |
| 258. - Silver Standard Resrources Inc. - common stock | | | | | Sold | 03/19/09 | J | A | |
| 259. - SK Telecom Co. Ltd. - common stock | | | | | | | | | |
| 260. - Southwest Airlines - common stock | | | | | Sold | 03/06/09 | J | | |
| 261. - SPDR Gold TR Gold Shs - common stock | | | | | | | | | |
| 262. - St. Jude Medical Inc. - common stock | | | | | | | | | |
| 263. - Stora Enso SP ADR Series R - common stock | | | | | Buy (add'l) | 01/28/09 | J | | |
| 264. - | | | | | Sold | 09/15/09 | J | A | |
| 265. - Strayer Education Inc. - common stock | | | | | Sold | 04/30/09 | J | | |
| 266. - Suncor Energy Inc. - common stock | | | | | | | | | |
| 267. - Swisscom AG ADR - common stock | | | | | | | | | |
| 268. - Target Corporation - common stock | | | | | | | | | |
| 269. - TDK Corp. ADR - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 270. - Technip-Coflexip - common stock | | | | | | | | | |
| 271. - Teco Energy - common stock | | | | | Sold | 04/30/09 | J | | |
| 272. - Tele & Data Systems Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Telecom Italia SPA- common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 274. - Tyco Electronics Ltd. - common stock | | | | | | | | | |
| 275. - Tyco International Ltd. - common stock | | | | | | | | | |
| 276. - UDR Inc. - common stock | | | | | | | | | |
| 277. - Ultra Petroleum Corp. - common stock | | | | | | | | | |
| 278. - United Utilities Group - common stock | | | | | | | | | |
| 279. - Unitedhealth Group Inc. - common stock | | | | | | | | | |
| 280. - Vertex Pharmaceuticals - common stock | | | | | | | | | See note in Part VIII |
| 281. - Wabtec- common stock | | | | | | | | | |
| 282. - Wacoal Hldgs. Corp. ADR - common stock | | | | | | | | | |
| 283. - Western Union Co. - common stock | | | | | Sold | 07/09/09 | J | | |
| 284. - Weyerhaeuser Co. - common stock | | | | | Sold | 06/19/09 | J | | |
| 285. - Xcel Energy Inc. - common stock | | | | | | | | | |
| 286. - XTO Energy Inc. - common stock | | | | | | | | | |
| 287. - Zimmer Hldgs. Inc. - common stock | | | | | | | | | |
| 288. - Zions Bancorp. - common stock | | | | | | | | | |
| 289. - Lockheed Martin - common stock | | | | | | | | | See note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - | | | | | Sold | 05/11/09 | J | | |
| 291. - Sumitomo Trust & Banking Co. - ADR - common stock | | | | | | | | | See note in Part VIII |
| 292. - Time Warner Cable - commons stock | | | | | | | | | See note in Part VIII |
| 293. - Walt Disney Co.- common stock | | | | | | | | | See note in Part VIII |
| 294. - | | | | | Sold | 04/06/09 | J | | |
| 295. - Agnico Eagle Mines Ltd. - common stock | | | | | Buy | 12/03/09 | J | | |
| 296. - Allstate Corporation - common stock | | | | | Buy | 03/30/09 | J | | |
| 297. - Analog Devices - common stock | | | | | Buy | 06/08/09 | J | | |
| 298. - Apache - common stock | | | | | Buy | 11/06/09 | J | | |
| 299. - Aqua America Inc. - common stock | | | | | Buy | 03/06/09 | J | | |
| 300. - | | | | | Sold | 06/25/09 | J | | |
| 301. - Arch Coal Inc. - common stock | | | | | Buy | 11/06/09 | J | | |
| 302. - Axis Capital Holdings Ltd. - common stock | | | | | Buy | 10/20/09 | J | | |
| 303. - Baxter Int'l. - common stock | | | | | Buy | 07/31/09 | J | | |
| 304. - Belgacom SA ADR - common stock | | | | | Buy | 09/18/09 | J | | |
| 305. - Berkshire Hathaway B - common stock | | | | | Buy | 03/05/09 | J | | |
| 306. - | | | | | Sold | 03/20/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Canadian Nat'l. Railway Co. - common stock | | | | | Buy | 06/23/09 | J | | |
| 308. - Canadian Pacific Railway Ltd. - common stock | | | | | Buy | 08/24/09 | J | | |
| 309. - Carrefour SA ADR - common stock | | | | | Buy | 09/25/09 | J | | |
| 310. - Cerner Corp. - common stock | | | | | Buy | 03/19/09 | J | | |
| 311. - Chicos Fas Inc. - common stock | | | | | Buy | 08/27/09 | J | | |
| 312. - Chimera Investment Corp. - common stock | | | | | Buy | 05/28/09 | J | | |
| 313. - Cliffs Natural Resources - common stock | | | | | Buy | 12/08/09 | J | | |
| 314. - Clorox Co. - common stock | | | | | Buy | 11/09/09 | J | | |
| 315. - Cognizant Tech. Solutions - common stock | | | | | Buy | 04/30/09 | J | | |
| 316. - Conocophillips - common stock | | | | | Buy | 09/23/09 | J | | |
| 317. - Corning Inc. - common stock | | | | | Buy | 07/16/09 | J | | |
| 318. - Currency Shares Euro Trust - common stock | | | | | Buy | 02/05/09 | J | | |
| 319. - | | | | | Buy (add'l) | 03/13/09 | J | | |
| 320. - | | | | | Sold (part) | 02/26/09 | J | | |
| 321. - | | | | | Sold (part) | 03/20/09 | J | A | |
| 322. - | | | | | Sold | 08/06/09 | J | A | |
| 323. - Currency Shares Japanese Yen - common stock | | | | | Buy | 02/05/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. - | | | | | Sold | 07/09/09 | J | A | |
| 325. - Delaware Diversified Inc. - mutual fund | | | | | Buy | 03/02/09 | L | | |
| 326. - | | | | | Buy<br>(add'l) | 04/21/09 | K | | |
| 327. - Devon Energy Corp. - common stock | | | | | Buy | 08/05/09 | J | | |
| 328. - Digital Realty Trust Inc. - common sstock | | | | | Buy | 09/23/09 | J | | |
| 329. - Directv Group Inc. - common stock | | | | | Buy | 04/03/09 | J | | |
| 330. - | | | | | Sold | 09/15/09 | J | A | |
| 331. - Discovery Communications Ser A - common stock | | | | | Buy | 05/22/09 | J | | |
| 332. - Dominion Recources Inc. - common stock | | | | | Buy | 02/06/09 | J | | |
| 333. - | | | | | Sold | 04/08/09 | J | | |
| 334. - Dow Chemical Co. - common stock | | | | | Buy | 07/28/09 | J | | |
| 335. - | | | | | Buy<br>(add'l) | 08/06/09 | J | | |
| 336. - Dr. Reddy's Laboratories Ltd. - common stock | | | | | Buy | 07/02/09 | J | | |
| 337. - Eastman Chemical Company - common stock | | | | | Buy | 08/10/09 | J | | |
| 338. - Embraer Empresa Bras DD ADS - common stock | | | | | Buy | 10/30/09 | J | | |
| 339. - Emerson Electric - common stock | | | | | Buy | 08/03/09 | J | | |
| 340. - Fidelity Advisor Floating Rate - mutual fund | | | | | Buy | 03/02/09 | K | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - | | | | | Buy (add'l) | 04/21/09 | J | | |
| 342. - FMC Technologies Inc. - common stock | | | | | Buy | 09/16/09 | J | | |
| 343. - Ford Motor Co. - common stock | | | | | Buy | 05/13/09 | J | | |
| 344. - Gannett Company Inc. - common stock | | | | | Buy | 10/02/09 | J | | |
| 345. - Givaudian SA ADR - common stock | | | | | Buy | 03/12/09 | J | | |
| 346. - Greenhill & Co. Inc. - common stock | | | | | Buy | 11/20/09 | J | | |
| 347. - H J Heinz Co. - common stock | | | | | Buy | 11/17/09 | J | | |
| 348. - Halliburton Co. - common stock | | | | | Buy | 05/06/09 | J | | |
| 349. - Harman Int'l. Industries - common stock | | | | | Buy | 10/16/09 | J | | |
| 350. - HDFC Bank Ltd. ADR - common stock | | | | | Buy | 06/03/09 | J | | |
| 351. - Human Genome Sciences Inc. - common stock | | | | | Buy | 08/24/09 | J | | |
| 352. - | | | | | Sold | 10/16/09 | J | A | |
| 353. - Iberia Bank Corp. - common stock | | | | | Buy | 04/07/09 | J | | |
| 354. - | | | | | Sold | 06/26/09 | J | | |
| 355. - Icici Bank Ltd. - common stock | | | | | Buy | 05/18/09 | J | | |
| 356. - Infosys Tech. Ltd. - common stock | | | | | Buy | 04/30/09 | J | | |
| 357. - International Paper Co. - common stock | | | | | Buy | 04/29/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - ITC Holdings - common stock | | | | | Buy | 03/27/09 | J | | |
| 359. - JP Morgan Chase BK N A Columbus Ohio DJIA Linked CD | | | | | Buy | 10/15/09 | L | | |
| 360. - KAO Corp. - common stock | | | | | Buy | 04/17/09 | J | | |
| 361. - Kinder Morgan Mgmt. LLC - common stock | | | | | Buy | 02/20/09 | J | | |
| 362. - | | | | | Sold | 09/11/09 | J | A | |
| 363. - Kinross Gold Corp. - common stock | | | | | Buy | 07/07/09 | J | | |
| 364. - Lord Abbett Floating Rate - mutual fund | | | | | Buy | 03/02/09 | K | | |
| 365. - | | | | | Buy (add'l) | 04/21/09 | J | | |
| 366. - Managers Bond Fund - mutual fund | | | | | Buy | 03/02/09 | L | | |
| 367. - | | | | | Buy (add'l) | 04/21/09 | K | | |
| 368. - Marathon Oil Co. - common stock | | | | | Buy | 09/25/09 | J | | |
| 369. - Market Vectors Gold Miners - common stock | | | | | Buy | 02/12/09 | J | | |
| 370. - Marriott Int'l. Inc. - common stock | | | | | Buy | 03/18/09 | J | | |
| 371. - Merck & Co. - common stock | | | | | Buy | 08/05/09 | J | | |
| 372. - Metlife Inc. - common stock | | | | | Buy | 06/19/09 | J | | |
| 373. - MFA Financial Inc. - common stock | | | | | Buy | 11/18/09 | J | | |
| 374. - Microchip Technology Inc. - common stock | | | | | Buy | 08/06/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. - Morgan Stanley - common stock | | | | | Buy | 04/03/09 | J | | |
| 376. - Mosaic Company (The) - common stock | | | | | Buy | 11/27/09 | J | | |
| 377. - National Fuel Gas Co. - common stock | | | | | Buy | 02/19/09 | J | | |
| 378. - New York Community Bancorp Inc. - common stock | | | | | Buy | 12/02/09 | J | | |
| 379. - Nintendo Co. Ltd. ADR - common stock | | | | | Buy | 08/03/09 | J | | |
| 380. - Nokia Corp. ADR - common stock | | | | | Buy | 01/30/09 | J | | |
| 381. - Novartis AG ADR - common stock | | | | | Buy | 02/17/09 | J | | |
| 382. - Nucor Corp. - common stock | | | | | Buy | 02/17/09 | J | | |
| 383. - Occidental Petroleum Corp. - common stock | | | | | Buy | 10/12/09 | J | | |
| 384. - Old Dominion Freight Line - common stock | | | | | Buy | 07/02/09 | J | | |
| 385. - | | | | | Sold | 12/02/09 | J | | |
| 386. - Old National Bancorp Ind. - common stockk | | | | | Buy | 04/03/09 | J | | |
| 387. - | | | | | Sold | 06/25/09 | J | | |
| 388. - Omnicom Group - common stock | | | | | Buy | 05/13/09 | J | | |
| 389. - Owens Corning Inc. - common stock | | | | | Buy | 08/25/09 | J | | |
| 390. - Pearson PLC SP ADR - common stock | | | | | Buy | 04/28/09 | J | | |
| 391. - | | | | | Sold | 06/08/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. - Perrigo Co. - common stock | | | | | Buy | 03/26/09 | J | | |
| 393. - | | | | | | | | | |
| 394. - Petrohawk Energy Corp. - common stock | | | | | Buy | 11/12/09 | J | | |
| 395. - | | | | | Sold | 12/18/09 | J | A | |
| 396. - PG&E Corp. - common stock | | | | | Buy | 11/05/09 | J | | |
| 397. - Philip Morris Int'l. Inc. - common stock | | | | | Buy | 01/20/09 | J | | |
| 398. - | | | | | Sold | 04/30/09 | J | A | |
| 399. - Pimco Total Return - mutual fund | | | | | Buy | 03/02/09 | L | | |
| 400. - | | | | | Buy (add'l) | 04/21/09 | K | | |
| 401. - Plexus Corp. - common stock | | | | | Buy | 07/30/09 | J | | |
| 402. - Polo Ralph Lauren Corp. - common stock | | | | | Buy | 08/06/09 | J | | |
| 403. - Potash Corp. of Sask. Inc. - common stock | | | | | Buy | 02/26/09 | J | | |
| 404. - Proshares Short Financials - ETF | | | | | Buy | 03/03/09 | J | | |
| 405. - | | | | | Sold | 04/17/09 | J | | |
| 406. - Proshares Short MSCI EAFE - ETF | | | | | Buy | 01/23/09 | J | | |
| 407. - | | | | | Sold | 09/08/09 | J | | |
| 408. - Proshares Short MSCI EMER - ETF | | | | | Buy | 03/03/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. - | | | | | Sold | 07/01/09 | J | | |
| 410. - Proshares Short S&P 500 - ETF | | | | | Buy | 06/23/09 | J | | |
| 411. - | | | | | Sold | 08/17/09 | J | | |
| 412. - Pulte Homes Inc. - common stock | | | | | Buy | 05/20/09 | J | | |
| 413. - Regal Beloit Corp. - common stock | | | | | Buy | 04/30/09 | J | | |
| 414. - Regions Financial Corp. - common stock | | | | | Buy | 10/05/09 | J | | |
| 415. - Rexam PLC ADR - common stock | | | | | Buy | 10/28/09 | J | | |
| 416. - Rohm Co. Ltd. ADR - common stock | | | | | Buy | 01/15/09 | J | | |
| 417. - Rydex Inverse 2X S&P 500 - ETF | | | | | Buy | 01/15/09 | J | | |
| 418. - | | | | | Sold | 03/27/09 | J | | |
| 419. - Sandisk Corp. - common stock | | | | | Buy | 01/07/09 | J | | |
| 420. - Scana Corp. - common stock | | | | | Buy | 02/11/09 | J | | |
| 421. - Southwestern Energy Co. - common stock | | | | | Buy | 06/15/09 | J | | |
| 422. - State Street Corp. - common stock | | | | | Buy | 04/20/09 | J | | |
| 423. - Sunoco Inc. - common stock | | | | | Buy | 08/04/09 | J | | |
| 424. - Tata Motors Ltd. - common stock | | | | | Buy | 11/16/09 | J | | |
| 425. - TCW Total Return - mutual fund | | | | | Buy | 03/02/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - | | | | | Buy (add'l) | 04/21/09 | K | | |
| 427. - Templeton Global Bond Fund | | | | | Buy | 03/02/09 | L | | |
| 428. - | | | | | Buy (add'l) | 04/21/09 | K | | |
| 429. - Transdigm Group Inc - common stock | | | | | Buy | 09/25/09 | J | | |
| 430. - Unit Van Kampen Cohen & Steers - UIT | | | | | Buy | 03/20/09 | L | | |
| 431. - Verizon Communications - common stock | | | | | Buy | 05/07/09 | J | | |
| 432. - Virtus Multi-Sector S/T Bond - mutual fund | | | | | Buy | 03/02/09 | L | | |
| 433. - | | | | | Buy (add'l) | 04/21/09 | K | | |
| 434. - Washington Post Co. - common stock | | | | | Buy | 01/20/09 | J | | |
| 435. - | | | | | Sold | 08/24/09 | J | A | |
| 436. - Webmd Health Corp. - common stock | | | | | Buy | 11/04/09 | J | | |
| 437. - Whirlpool Corp. - common stock | | | | | Buy | 12/17/09 | J | | |
| 438. - WMS Industries Inc. - common stock | | | | | Buy | 11/16/09 | J | | |
| 439. - Wolters Kluwer NV ADR - common stock | | | | | Buy | 02/23/09 | J | | |
| 440. - Yahoo Inc. - common stock | | | | | Buy | 03/20/09 | J | | |
| 441. - CONOCO FUNDING CO. - Corp. Bond | | | | | | | | | |
| 442. - U.S. TREASURY NOTES-SER E-2012 Gov. Bond | | | | | Sold (part) | 10/14/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - AOL TIME WARNER INC. - Corp. Bond | | | | | Sold | 05/06/09 | J | A | |
| 444. - BANK OF AMERICA - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 445. - BP CAPITAL MARKETS PLC - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 446. - COMCAST CORP. - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 447. - CREDIT SUISSE FB USA INC. - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 448. - FEDERAL HOME LOAN MTG. CORP. - Gov. Bond | | | | | Sold (part) | 03/25/09 | J | A | |
| 449. - | | | | | Buy (add'l) | 06/09/09 | J | | |
| 450. - | | | | | Sold | 09/17/09 | J | A | |
| 451. - FEDERAL HOME LOAN MTG. CORP. - new - Gov. Bond | | | | | Buy (add'l) | 06/25/09 | J | | |
| 452. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 453. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 454. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond | | | | | Buy (add'l) | 06/25/09 | J | | |
| 455. - | | | | | Buy (add'l) | 09/24/09 | J | | |
| 456. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 457. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond | | | | | Sold | 06/09/09 | J | A | |
| 458. - GENERAL ELECTRIC - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 459. -GLAXOSMITHKLINE CAPITAL - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - GOLDMAN SACHS GROUP INC. - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 461. - | | | | | Sold (part) | 12/09/09 | J | A | |
| 462. - IBM CORP. - Corp. Bond | | | | | Sold | 07/08/09 | J | A | |
| 463. - J.P. MORGAN CHASE & CO. - Corp. Bond | | | | | Buy (add'l) | 01/27/09 | J | | |
| 464. - | | | | | Sold | 05/18/09 | J | A | |
| 465. - MERRILL LYNCH CO. INC. - Corp. Bond | | | | | Sold | 01/15/09 | J | A | |
| 466. - MORGAN STANLEY - Corp. Bond | | | | | Sold | 05/28/09 | J | A | |
| 467. - PEPSICO INC. - Corp. Bond | | | | | Sold | 08/20/09 | J | B | |
| 468. - UNITED MEXICAN STATES - Gov. Bond | | | | | Sold | 05/07/09 | J | B | |
| 469. - U.S. TREASURY NOTE - Gov. Bond | | | | | Buy (add'l) | 06/25/09 | J | | |
| 470. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 471. - | | | | | Sold (part) | 12/10/09 | J | A | |
| 472. - U.S. TREASUREY NOTE - Gov. Bond | | | | | Buy (add'l) | 02/25/09 | J | | |
| 473. - | | | | | Buy (add'l) | 06/25/09 | J | | |
| 474. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 475. - U.S. TREASUREY NOTE - Gov. Bond | | | | | Buy (add'l) | 08/20/09 | J | | |
| 476. - | | | | | Sold (part) | 10/14/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. - VERIZON GLOBAL FUNDING CORP. - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 478. - WACHOVIA CORP. - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 479. - WAL.-MART STORES - Corp. Bond | | | | | Sold | 03/12/09 | J | | |
| 480. - WALT DISNEY CO. - Corp. Bond | | | | | Sold | 04/07/09 | J | A | |
| 481. - | | | | | Buy | 06/24/09 | J | | |
| 482. - | | | | | Sold | 06/25/09 | J | | |
| 483. - WELLS FARGO & CO. - Corp. Bond | | | | | Sold | 01/28/09 | J | A | |
| 484. - WYETH - Corp. Bond | | | | | Sold (part) | 10/14/09 | J | A | |
| 485. - XTO ENERGY INC. - Corp. Bond | | | | | | | | | |
| 486. - AMERICAN EXPRESS - new - Corp. Bond | | | | | Buy | 05/28/09 | K | | |
| 487. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 488. - A T & T Inc. - new - Corp. Bond | | | | | Buy | 01/28/09 | J | | |
| 489. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 490. - CISCO SYSTEMS INC. - new - Corp. Bond | | | | | Buy | 06/09/09 | J | | |
| 491. - GOLDMAN SACHS - new - Corp. Bond | | | | | Buy | 03/25/09 | J | | |
| 492. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 493. - HEWLETT PACKARD - new - Corp. Bond | | | | | Buy | 03/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 495. - MERRILL LYNCH & CO. - new - Corp. Bond | | | | | Buy | 01/29/09 | J | | |
| 496. - | | | | | Buy (add'l) | 07/08/09 | J | | |
| 497. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 498. - RIO TINTO FINANCE - new - Corp.Bond | | | | | Buy | 05/07/09 | J | | |
| 499. - | | | | | Sold | 06/18/09 | J | A | |
| 500. - TIME WARNER CABLE - new - Corp. Bond | | | | | Buy | 05/06/09 | J | | |
| 501. - | | | | | Sold (part) | 10/14/09 | J | A | |
| 502. - FED. NAT'L MGT. ASSN - new - Gov. Bond | | | | | Buy | 09/17/09 | J | | |
| 503. - | | | | | Sold (part) | 10/14/09 | J | | |
| 504. - U.S. TREASURY NOTE - new - Gov. Bond | | | | | Buy | 12/10/09 | J | | |
| 505. | | | | | | | | | |
| 506. Wells Fargo Bank - Account | A | Interest | J | T | | | | | |
| 507. Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | | | | | |
| 508. BROKERAGE ACCOUNT #2 - TRUST | E | Int./Div. | P1 | T | | | | | |
| 509. - Cash equivalent - Morgan Stanley | | | | | | | | | |
| 510. - Ameren Corp. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Sanofi-Aventis ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 512. - BP PLC ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 513. - Eaton Corp. - common stock | | | | | | | | | |
| 514. - Exxon Mobil Corp. - common stock | | | | | | | | | |
| 515. - General Electric Inc. - common stock | | | | | Buy (add'l) | 03/16/09 | J | | |
| 516. - | | | | | Sold (part) | 03/20/09 | J | | |
| 517. - Genuine Parts Co. - common stock | | | | | | | | | |
| 518. - JP Morgan Chase & Co. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 519. - Pepsico Inc. - common stock | | | | | | | | | |
| 520. - Royal Dutch Shell PLC - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 521. - A T & T - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 522. - Intesa Sanpaolo S.p.A. ADR - common stock | | | | | | | | | See note in Part VIII |
| 523. - Schlumberger Ltd. - common stock | | | | | Sold (part) | 07/29/09 | J | A | |
| 524. - Siemens AG ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 525. - UBS AG-CHF - common stock | | | | | | | | | |
| 526. - Wal-Mart Stores Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 527. - Waste Management Inc. - common stock | | | | | Sold | 05/18/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - LOS GATOS CALIF JT UN HIGH SCH - Muni. Bond | | | | | Sold (part) | 10/15/09 | J | A | |
| 529. - CALIF. ST. ECONOMY RECY - Muni. Bond | | | | | | | | | |
| 530. - LOS ANGELES CALIF CCD G/O REF - Muni. Bond | | | | | | | | | |
| 531. - LOS ANGELES CNTY CALIF MTA - Muni. Bond | | | | | | | | | |
| 532. - LOS ANGELES CNTY CALIF SANTN - Muni. Bond | | | | | Sold | 11/12/09 | K | A | |
| 533. - SAN DIEGO CALIF. CMNTY COLL. - Muni. Bond | | | | | | | | | |
| 534. - SIMI VY CALIF SCH - Muni. Bond | | | | | | | | | |
| 535. -GROSSMONT-CUYAMACA CALIF. CMNTY. - Muni. Bond | | | | | | | | | |
| 536. - RIVERSIDE CNTY. PALM DESERT CA - Muni. Bond | | | | | | | | | |
| 537. - UNIV PITT ED-B-BE (new) - Muni. Bond | | | | | Buy | 03/11/09 | K | | |
| 538. - | | | | | Sold | 10/15/09 | K | B | |
| 539. - CA. ST. UNIV TRUSTEES S/W REV SER-A (new) - Muni. Bond | | | | | Buy | 03/06/09 | K | | |
| 540. - OREGON ST. GENL OBLIG SER-A (new) - Muni. Bond | | | | | Buy | 03/06/09 | K | | |
| 541. - CA. ST. DEPT WTR RES CENT VLY (new) - Muni. Bond | | | | | Buy | 03/11/09 | K | | |
| 542. - CA. EDL FACS AUTH USC (new) - Muni. Bond | | | | | Buy | 11/17/09 | K | | |
| 543. - Bank of New York Mellon Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 544. - Procter & Gamble - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. – Monsanto Company - common stock | | | | | | | | | |
| 546. – Praxair Inc. - common stock | | | | | | | | | |
| 547. – Kraft Foods - common stock | | | | | | | | | |
| 548. – Nisource Inc. - common stock | | | | | | | | | |
| 549. – Progress Energy Inc. - common stock | | | | | | | | | |
| 550. – Teva Pharmaceutical Inds. Ltd. ADR - common stock | | | | | Buy (add'l) | 03/16/09 | J | | |
| 551. – | | | | | Sold (part) | 03/20/09 | J | A | |
| 552. – Vodafone Group PLC ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 553. – Brandywine Realty Trust - common stock | | | | | | | | | |
| 554. – CVS Caremark Corporation - common stock | | | | | | | | | |
| 555. – Kroger Co. - common stock | | | | | | | | | |
| 556. – UDR Inc. - common stock | | | | | | | | | |
| 557. – American Century CA - High Yield Municipal Fund | | | | | Sold | 03/02/09 | J | | |
| 558. – Broadridge Financial Solutions - common stock | | | | | | | | | |
| 559. – Barrick Gold Corp. CAD - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 560. – Campbell Soup Company - common stock | | | | | Sold | 06/09/09 | J | | |
| 561. – Colonial PPTYS Trust SBI - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - El Paso Corporation - common stock | | | | | | | | | |
| 563. - Health Care REIT - common stock | | | | | | | | | |
| 564. - Hewlett Packard Co. - common stock | | | | | | | | | |
| 565. - Nuveen High Yield Municipal Bond Fund | | | | | Sold | 03/02/09 | J | | |
| 566. - Coca Cola Company - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 567. - Coca Cola Enterprises Inc. - common stock | | | | | | | | | |
| 568. - Ericsson L M Tel Co ADR - common stock | | | | | Sold | 01/30/09 | J | | |
| 569. - Goldman Sachs Group Inc. - common stock | | | | | Buy (add'l) | 03/12/09 | J | | |
| 570. - | | | | | Sold (part) | 03/20/09 | J | | |
| 571. - Google Inc. - common stock | | | | | | | | | |
| 572. - HCP Inc. - common stock | | | | | | | J | | |
| 573. - Juniper Networks Inc. - common stock | | | | | | | | | |
| 574. - Kohl's Corporation - common stock | | | | | | | | | |
| 575. - NYSE Euronext - common stock | | | | | | | | | |
| 576. - Qualcomm Inc. - common stock | .. | | | | Sold (part) | 03/20/09 | J | | |
| 577. - Schwab Charles Corporation - common stock | | | | | | | | | |
| 578. - Southern Company - common stock | | | | | Sold | 03/26/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. - Time Warner Inc. - common stock | | | | | Sold (part) | 02/19/09 | J | | |
| 580. - Abbott Laboratories - common stock | | | | | | | | | |
| 581. - Affiliated Computer Services - common stock | | | | | | | | | |
| 582. - Amazon.com Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 583. - Amgen Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 584. - Anadarko Petroleum Corporation - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 585. - Annaly Capital Management Inc. - common stock | | | | | Sold (Part) | 03/20/09 | J | | |
| 586. - AON Corporation - common stock | | | | | | | | | |
| 587. -Archer-Daniels Midland Co. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 588. - BB&T - common stock | | | | | | | | | |
| 589. - Cablevision Systems Corporation - common stock | | | | | | | | | |
| 590. -Caterpillar Inc. - common stock | | | | | | | | | |
| 591. - Celegene Corporation - common stock | | | | | | | | | |
| 592. - Chevron Corporation - common stock | | | | | | | | | |
| 593. - Cintas Corporation - common stock | | | | | | | | | |
| 594. - Cisco Systems Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 595. - Covidien Ltd. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. - Delta Airlines Inc. - common stock | | | | | | | | | |
| 597. - Denbury Resources Inc. - common stock | | | | | | | | | See note in Part VIII |
| 598. - Dreamworks Animation Inc. - common stock | | | | | | | | | |
| 599. - Electronic Arts - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 600. - Endurance Specialty Hldgs. - common stock | | | | | | | | | |
| 601. - Freeport McMoran Copper & Gold - common stock | | | | | Buy (add'l) | 11/09/09 | J | | |
| 602. - Genzyme Corporation - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 603. - Great Plains Energy Inc. - common stock | | | | | | | | | |
| 604. - Hasbro Inc. - common stock | | | | | | | | | |
| 605. - Hertz Global Holdings Inc. - common stock | | | | | Sold (part) | 08/07/09 | J | | |
| 606. - Hutchison Telecom. Int'l. Ltd. ADR - common stock | | | | | Sold | 12/02/09 | J | | |
| 607. - IAC Interactive Corporation - common stock | | | | | Sold | 06/05/09 | J | | |
| 608. - Ticketmaster Entertainment, Inc. - common stock | | | | | Sold | 03/25/09 | J | | |
| 609. - Integrys Energy Group Inc. - common stock | | | | | | | | | |
| 610. - International Flavors & Fragrances Inc. - common stock | | | | | | | | | |
| 611. - Ivanhoe Mines Ltd. CAD - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 612. - Lord Abbett High Yield Muni Bond Fund | | | | | Sold (part) | 03/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - | | | | | Buy (add'l) | 09/29/09 | K | | |
| 614. - Mattel Inc. - common stock | | | | | | | | | |
| 615. - MEMC Electronic Materials Inc. - common stock | | | | | | | | | See note in Part VIII |
| 616. - Merrill Lynch & Co. Inc. - common stock | | | | | | | | | See note in Part VIII |
| 617. - Microsoft Corporation - common stock | | | | | Sold (part) | 02/05/09 | J | | |
| 618. - Millicom International Cellular - common stock | | | | | | | | | |
| 619. - NASDAQ OMX Group, Inc. - common stock | | | | | | | | | |
| 620. - Noble Energy Inc. - common stock | | | | | | | | | |
| 621. - Old Republic International Corp. - common stock | | | | | | | | | |
| 622. - Oracle Corporation - common stock | | | | | Sold | 10/06/09 | J | A | |
| 623. - Peabody Energy Corporation - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 624. - | | | | | Sold | 07/30/09 | J | | |
| 625. - Pentair Inc. - common stock | | | | | Sold | 10/29/09 | J | | |
| 626. - Petrobras - common stock | | | | | | | | | See note in Part VIII |
| 627. - Pioneer Natural Resources Company - common stock | | | | | Sold | 04/02/09 | J | | |
| 628. - PNC Financial Services Group - common stock | | | | | | | | | |
| 629. - Roche Holding Ltd. ADR - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Rockwell Collins Inc. - common stoak | | | | | | | | | |
| 631. - Rowan Companies Inc. - common stock | | | | | Sold | 08/24/09 | J | | |
| 632. - Schein (Henry) Inc. - common stock | | | | | Sold | 06/17/09 | J | A | |
| 633. - Sempra Energy - common stock | | | | | | | | | |
| 634. - Silver Standard Rescouces - common stock | | | | | Sold | 03/19/09 | J | A | |
| 635. - SPDR Gold Trust - ETF | | | | | | | | | |
| 636. - Suntrust Banks Inc. - common stock | | | | | | | | | |
| 637. - Telephone & Data Systems Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 638. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 639. - Time Warner Cable - common stock | | | | | | | | | |
| 640. - Hercules Offshore Inc. - common stock | | | | | | | | | See note in Part VIII |
| 641. - Ultra Petroleum Corporation - common stock | | | | | | | | | |
| 642. - US Bancorp - common stock | | | | | Sold | 1/26/09 | J | | |
| 643. - United States Cellular Corporation - common stock | | | | | | | | | |
| 644. - Weatherford International Ltd. - common stock | | | | | | | | | |
| 645. - Wells Fargo & Company - common stock | | | | | | | | | |
| 646. - Xcel Energy Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - Bank of America Corp. - common stock | | | | | Sold | 03/06/09 | J | | |
| 648. - Societe Generale Spon ADR - common stock | | | | | | | | | |
| 649. - Abercrombie & Fitch Co. - common stock | | | | | Sold | 01/14/09 | J | A | |
| 650. - Adobe Systems - common stock | | | | | | | | | |
| 651. - Allergen Inc. - common stock | | | | | | | | | |
| 652. - Anglogold Ashanti Limited - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 653. - Avon Products Inc. - common stock | | | | | Buy (add'l) | 10/22/09 | J | | |
| 654. - Best Buy Co. - common stock | | | | | | | | | |
| 655. - Big Lots - common stock | | | | | Sold | 01/05/09 | J | | |
| 656. - Boston Scientific Corp. - common stock | | | | | | | | | |
| 657. - Capital One Financial Corp. - common stock | | | | | Sold | 04/01/09 | J | | |
| 658. - Centrais Elec Bras ADR - preferred stock | | | | | | | | | |
| 659. - Compass Minerals Int'l. Inc. - common stock | | | | | | | | | |
| 660. - Consolidated Edison Inc. - common stock | | | | | | | | | |
| 661. - Dell Inc. - common stock | | | | | Sold (part) | 01/29/09 | J | | |
| 662. - Entergy Corp. - common stock | | | | | | | | | |
| 663. - Flour Corp. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Franklin Resources Inc. - common stock | | | | | | | | | |
| 665. - Goodyear Tire Rubber - common stock | | | | | | | | | |
| 666. - Hess Corporation - common stock | | | | | | | | | |
| 667. - J. Crew Group Inc. - common stock | | | | | | | | | |
| 668. - Lowes Companies Inc. - common stock | | | | | Sold | 10/29/09 | J | | |
| 669. - Masco Corp. - common stock | | | | | | | | | |
| 670. - McDermott Int'l. Inc. - common stock | | | | | | | | | |
| 671. - Moody's Corp. - common stock | | | | | Sold | 12/09/09 | J | | |
| 672. - Newmont Mining Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 673. - Nippon Telegraph & Telephone ADS - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 674. - Proshares Ultra Short Basic Mat. - ETF | | | | | Sold | 07/28/09 | J | | |
| 675. - Proshares Ultrashort Financial - ETF | | | | | Sold | 01/06/09 | J | | |
| 676. - Proshares Ultrashort QQQ ETF - ETF | | | | | Sold | 02/06/09 | J | | |
| 677. - Proshares Ultrashort Real Estate - ETF | | | | | Sold | 01/05/09 | J | | |
| 678. - Proshare Ultrashort Russell 2000 - ETF | | | | | Buy (add'l) | 02/24/09 | J | | |
| 679. - | | | | | Sold | 07/23/09 | J | | |
| 680. - Proshares Ultrashort S&P500 - ETF | | | | | Buy (add'l) | 01/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  - | | | | | Sold (part) | 03/02/09 | J | A | |
| 682.  - | | | | | Sold (part) | 03/11/09 | J | A | |
| 683.  - | | | | | Sold | 07/20/09 | J | | |
| 684.  - Proshares Ultrashort Oil & Gas - ETF | | | | | Sold | 08/24/09 | J | | |
| 685.  - Proshares Ultrashort MSCI EMER - ETF | | | | | Sold | 07/21/09 | J | | |
| 686.  - Proshares Ultrashort Industrial - ETF | | | | | Sold | 01/02/09 | J | | |
| 687.  - Proshares Ultrashort Consumer - ETF | | | | | Buy (add'l) | 02/24/09 | J | | |
| 688.  - | | | | | Sold | 08/04/09 | J | | |
| 689.  - Range Resources Corp. - common stock | | | | | | | | | |
| 690.  - Scientific Games Corp. - common stock | | | | | Sold | 01/16/09 | J | | |
| 691.  - St. Jude Medical Inc. - common stock | | | | | | | | | |
| 692.  - Western Union Co. - common stock | | | | | Sold | 07/09/09 | J | | |
| 693.  - Weyerhaeuser Co. - common stock | | | | | Sold | 06/18/09 | J | | |
| 694.  - XTO Energy Inc. - common stock | | | | | | | | | |
| 695.  - Zimmer Holdings Inc. - common stock | | | | | | | | | |
| 696.  - Zions Bancorp - common stock | | | | | | | | | |
| 697.  - Activision Blizzard Inc. - common stock | | | | | Sold | 07/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. - Ace Ltd. - common stock | | | | | Sold | 05/12/09 | J | | |
| 699. - Aegon NV ADR - common stock | | | | | | | | | |
| 700. - Akami Technologies Inc. - common stock | | | | | Sold (part) | 08/06/09 | J | A | |
| 701. - Alcatel - Lucent ADS - common stock | | | | | | | | | |
| 702. - Allegheny Technologies Inc. - common stock | | | | | Sold (part) | 07/16/09 | J | A | |
| 703. - Alumina Ltd. - common stock | | | | | | | | | |
| 704. - Autodesk Delaware - common stock | | | | | | | | | |
| 705. - Bed Bath & Beyond - common stock | | | | | | | | | |
| 706. - Biogen Idec Inc. - common stock | | | | | Sold (Part) | 03/20/09 | J | A | |
| 707. - BJ's Wholesale Club - common stock | | | | | Sold | 08/27/09 | J | | |
| 708. - Blackrock Inc. - common stock | | | | | Sold (part) | 01/15/09 | J | | |
| 709. - Broadcom Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 710. - Cameco Corp. - common stock | | | | | | | | | |
| 711. - Cardinal Health Inc. - common stock | | | | | Sold | 05/19/09 | J | | |
| 712. - Carnival Corp. - common stock | | | | | | | | | |
| 713. - Chubb Corp. - common stock | | | | | | | | | |
| 714. - Church & Dwight Co. Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 715. - Comcast Corp. - common stock | | | | | | | | | |
| 716. - Corrections Corp. of America - common stock | | | | | | | | | |
| 717. - Costco Wholesale Corp. - common stock | | | | | Sold (part) | 02/04/09 | J | | |
| 718. - | | | | | Sold | 03/04/09 | J | | |
| 719. - Cree Research Inc. - common stock | | | | | | | | | |
| 720. - Dai Nippn Prtg. Ltd. Japan - common stock | | | | | Buy (add'l) | 03/13/09 | J | | |
| 721. - | | | | | Sold (part) | 03/20/09 | J | | |
| 722. - Daiwa House Industry Co. Ltd. ADR - common stock | | | | | | | | | |
| 723. - Dolby Labs. Inc. - common stock | | | | | | | | | |
| 724. - Ebay Inc. - common stock | | | | | | | | | |
| 725. - EOG Rescources Inc. - common stock | | | | | | | | | See note in Part VIII |
| 726. - Expedia Inc. - common stock | | | | | Sold (part) | 09/10/09 | J | A | |
| 727. - Fidelity National Financial - common stock | | | | | Sold | 05/26/09 | J | | |
| 728. - Fifth Third Bancorp - common stock | | | | | Sold | 02/19/09 | J | | |
| 729. - First Solar Inc. - common stock | | | | | | | | | |
| 730. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 731. - FPL Group Inc. - common stock | | | | | Sold | 10/02/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - FTI Consulting Inc. - common stock | | | | | Sold | 04/03/09 | J | | |
| 733. - FujiFilm Hldgs Corp. ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 734. - General Mills Inc. - common stock | | | | | Sold | 03/26/09 | J | | |
| 735. - Gold Fields Ltd. ADR - common stock | | | | | Sold (part) | 01/30/09 | J | A | |
| 736. - | | | | | Sold (part) | 03/20/09 | J | A | |
| 737. - Gold Corp Inc. - common stock | | | | | Sold (part) | 03/18/09 | J | A | |
| 738. - | | | | | Sold | 06/17/09 | J | A | |
| 739. - H & R Block Inc. - common stock | | | | | Sold | 05/14/09 | J | | |
| 740. - Hachijuni Bank Ltd ADR - common stock | | | | | | | | | |
| 741. - Hewitt Associates Inc. - common stock | | | | | | | | | |
| 742. - Home Depot Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 743. - IHS Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 744. - Impala Platinum Hldgs Ltd. ADR - common stock | | | | | Sold (part) | 03/21/09 | J | A | |
| 745. - Intel Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 746. - Intercontinental Exchange Inc.- common stock | | | | | Sold | 01/06/09 | J | | |
| 747. - Int'l. Business Machines Corp. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 748. - iShares Comex Gold Trust - ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Itron Inc. - common stock | | | | | | | | | |
| 750. - Johnson & Johnson - common stock | | | | | | | | | |
| 751. - Korea Electric Power Corp. ADS - common stock | | | | | | | | | |
| 752. - L-3 Communications Hldgs Inc. - common stock | | | | | | | | | |
| 753. - Liberty Global Inc. - common stock | | | | | | | | | |
| 754. - Liberty Media Corp. Series A Liberty Ent. - common stock | | | | | | 11/20/09 | J | | See note in Part VIII |
| 755. - Liberty Media Starz Series A - common stock | | | | | Spinoff (from line 754) | 11/20/09 | J | | See note in Part VIII |
| 756. - Liberty Media I - common stock | | | | | Spinoff (from line 754) | 11/20/09 | J | | See note in Part VIII |
| 757. - The Directv Group Class A - common stock | | | | | Spinoff (from line 754) | 11/25/09 | J | | See note in Part VIII |
| 758. - Liberty Media Hldg Series A Interactive - common stock | | | | | | | | | |
| 759. - Liberty Media Corp. Hldg Capital Series A - common stock | | | | | | | | | |
| 760. - Lihir Gld Ltd. ADR - common stock | | | | | Sold | 03/20/09 | J | A | Typo in name |
| 761. - Lockheed Martin Corp. - common stock | | | | | Sold | 05/11/09 | J | | See not in Part VIII |
| 762. - Lonmin PLC ADR- common stock | | | | | Sold | 04/03/09 | J | A | |
| 763. - M&T Bancorp - common stock | | | | | | | | | |
| 764. - Magna Int'l. Inc. - common stock | | | | | | | | | |
| 765. - McDonalds Corp. - common stock | | | | | Sold (part) | 3/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - | | | | | Sold | 09/16/09 | J | | |
| 767. - MGM Mirage - cmmon stock | | | | | Sold | 02/05/09 | J | | |
| 768. - Mitsui Sumitomo ADR - common stock | | | | | | | | | |
| 769. - Monster Worldwide Inc. - common stock | | | | | | | | | |
| 770. - Morningstar Inc. - common stock | | | | | Sold | 04/03/09 | J | | |
| 771. - National Oilwell Varco Inc. - common stock | | | | | Buy (add'l) | 09/21/09 | J | | |
| 772. - Newcrest Mining Ltd. ADR - common stock | | | | | | | | | |
| 773. - Nexen Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 774. - Northeast Utilities - common stock | | | | | Sold | 06/25/09 | J | A | |
| 775. - Nvidia Corporation - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 776. - Pall Corporation - common stock | | | | | | | | | |
| 777. - Panasonic Corp. ADR - common stock | | | | | | | | | |
| 778. - Penn National Gaming - common stock | | | | | | | | | |
| 779. - Penney J. C. Co. - common stock | | | | | | | | | |
| 780. - Petro Canada - common stock | | | | | Sold | 02/02/09 | J | | |
| 781. - Petroleo Bras SA ADS - common | | | | | Sold (part) | 03/20/09 | J | A | See note in Part VIII |
| 782. - Petroleo Brasileiro SA ADR - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - Pfizer Inc. - common stock | | | | | Sold | 07/09/09 | J | | |
| 784. - Phillips Van Heusen - common stock | | | | | Sold | 01/15/09 | J | | |
| 785. - Polaris Industries Inc. - common stock | | | | | Sold | 02/03/09 | J | | |
| 786. - Promise Co. ADR - common stock | | | | | Sold | 06/11/09 | J | | |
| 787. - Ralcorp. Holdings Inc. - common stock | | | | | Sold (part) | 03/26/09 | J | | |
| 788. - | | | | | Sold | 10/08/09 | J | | |
| 789. - Roper Industries Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 790. - Royal Caribbean Cruises Ltd. - common stock | | | | | Sold | 02/18/09 | J | | |
| 791. - Seagate Technology Hldgs. - common stock | | | | | | | | | |
| 792. - Sears Holding Corp. - common stock | | | | | | | | | |
| 793. - Sega Sammy Holdings ADR - common stock | | | | | | | | | |
| 794. - Sekisui House Ltd. ADR - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 795. - Seven & I Hldgs Co. Ltd. ADR - common stock | | | | | | | | | |
| 796. - Shiseido Ltd. ADR - common stock | | | | | | | | | |
| 797. - SK Telecom Co. Ltd. - common stock | | | | | | | | | |
| 798. - Southwest Airlines - common stock | | | | | Sold | 03/06/09 | J | | |
| 799. - Stericycle Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 800. - Stora Enso ADR Series R - common stock | | | | | Buy (add'l) | 01/28/09 | J | | |
| 801. - | | | | | Sold | 09/15/09 | J | A | |
| 802. - Strayer Education Inc. - common stock | | | | | Sold | 04/30/09 | J | | |
| 803. - Sumitomo TR & BK Co. ADR - common stock | | | | | | | | | |
| 804. - Suncor Energy Inc. - common stock | | | | | | | | | |
| 805. - Swisscom AG ADR - common stock | | | | | | | | | |
| 806. - Target Corporation - common stock | | | | | | | | | |
| 807. - TDK Corp. ADR - common stock | | | | | Sold (part) | 03/21/09 | J | A | |
| 808. - Technip-Coflexip - common stock | | | | | | | | | |
| 809. - Teco Energy - common stock | | | | | Sold | 04/30/09 | J | | |
| 810. - Telecom Italia SpA SVGS SH - common stock | | | | | Sold (part) | 03/20/09 | J | A | |
| 811. - Tyco Electronics Ltd. - common stock | | | | | | | | | |
| 812. - Tyco International Ltd. - common stock | | | | | | | | | |
| 813. - United Utilities Group PLC - common stock | | | | | | | | | |
| 814. - Unitedhealth Group Inc. - common stock | | | | | Sold (part) | 03/20/09 | J | | |
| 815. - Vertex Pharmaceuticals - common stock | | | | | | | | | |
| 816. - Wabtec Corp. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Wacoal Hldgs. Corp. ADR - common stock | | | | | | | | | |
| 818. - Walt Disney Hldg. Co. - common stock | | | | | Sold | 04/06/09 | J | | |
| 819. - Agnico Eagle Mines Ltd. - common stock | | | | | Buy | 12/01/09 | J | | |
| 820. - Allstate Corporation - common sstock | | | | | Buy | 03/30/09 | J | | |
| 821. - Analog Devices Inc. - common stock | | | | | Buy | 06/08/09 | J | | |
| 822. - Apache Corporation - common stock | | | | | Buy | 11/03/09 | J | | |
| 823. - Aqua America Inc. - common stock | | | | | Buy | 03/06/09 | J | | |
| 824. - Arch Coal Inc. - common stock | | | | | Sold | 06/25/09 | J | | |
| 825. - Axis Capital Holdings Ltd. - common stock | | | | | Buy | 10/20/09 | J | | |
| 826. - Baxter International Inc. - common stock | | | | | Buy | 07/31/09 | J | | |
| 827. - Belgacom SA ADR - common stock | | | | | Buy | 09/18/09 | J | | |
| 828. - Berkshire Hathaway - common stock | | | | | Buy | 03/05/09 | J | | |
| 829. - | | | | | Sold | 03/20/09 | J | A | |
| 830. - Blackrock Short- Term Muni A - mutual fund | | | | | Buy | 09/29/09 | K | | |
| 831. - Canadian National Railway Co. - common stock | | | | | Buy | 06/23/09 | J | | |
| 832. - Canadian Pacific Railway Ltd. - common stock | | | | | Buy | 08/24/09 | J | | |
| 833. - Carrefour SA ADR - common stock | | | | | Buy | 09/25/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. - Cerner Corporation - common stock | | | | | Buy | 03/19/09 | J | | |
| 835. - Chicos Fas Inc. - common stock | | | | | Buy | 08/27/09 | J | | |
| 836. - Chimera Investment Corporation - common stock | | | | | Buy | 05/28/09 | J | | |
| 837. - Cliffs Natural Resources Inc. - common stock | | | | | Buy | 12/08/09 | J | | |
| 838. - Clorex Co. DE - common stock | | | | | Buy | 11/09/09 | J | | |
| 839. - Cognizant Tech. Solutions - common stock | | | | | Buy | 04/30/09 | J | | |
| 840. - Columbia Short-Term Muni A - mutual fund | | | | | Buy | 04/24/09 | J | | |
| 841. - | | | | | Sold | 09/29/09 | J | A | |
| 842. - Conocophillips - common stock | | | | | Buy | 09/23/09 | J | | |
| 843. - Corning Inc. - common stock | | | | | Buy | 07/16/09 | J | | |
| 844. - Currency Shares Euro Trust - common stock | | | | | Buy | 02/05/09 | J | | |
| 845. - | | | | | Sold (part) | 02/26/09 | J | | |
| 846. - | | | | | Sold (part) | 03/20/09 | J | | |
| 847. - | | | | | Sold | 08/06/09 | J | | |
| 848. - Currency Shares Japanese Yen - common stock | | | | | Buy | 02/05/09 | J | | |
| 849. - | | | | | Sold | 03/20/09 | J | | |
| 850. - Delaware Tx-Fr USA Intermed A - mutual fund | | | | | Buy | 04/24/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - | | | | | Buy (add'l) | 09/29/09 | J | | |
| 852. - Devon Energy Corporation - common stock | | | | | Buy | 08/05/09 | J | | |
| 853. - Digital Realty Trust Inc. - common stock | | | | | Buy | 09/23/09 | J | | |
| 854. - Directv Group Inc. - common sstock | | | | | Buy | 04/09/09 | J | | |
| 855. - | | | | | Sold | 09/15/09 | J | A | |
| 856. - Discovery Communications Ser A - common stock | | | | | Buy | 05/22/09 | J | | |
| 857. - Dow Chemical Co. - common stock | | | | | Buy | 07/28/09 | J | | |
| 858. - | | | | | Buy (add'l) | 08/06/09 | J | | |
| 859. - Dominion Resources Inc. - common stock | | | | | Buy | 02/06/09 | J | | |
| 860. - | | | | | Sold | 04/08/09 | J | | |
| 861. - Dr. Reddy's Laboratories Ltd. - common stock | | | | | Buy | 06/29/09 | J | | |
| 862. - DWS Intermediate Tax/Amt Fr A - mutual fund | | | | | Buy | 04/24/09 | K | | |
| 863. - | | | | | Buy (add'l) | 09/29/09 | J | | |
| 864. - Eastman Chemical Company - common stock | | | | | Buy | 08/10/09 | J | | |
| 865. - Embraer Empresa Bras DD ADS - common stock | | | | | Buy | 10/30/09 | J | | |
| 866. - Emerson Electric Company - common stock | | | | | Buy | 08/03/09 | J | | |
| 867. - EV Hi Yld Muni Income A - mutual fund | | | | | Buy | 09/29/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - FMC Technologies Inc. - common stock | | | | | Buy | 09/16/09 | J | | |
| 869. - Ford Motor Company - common stock | | | | | Buy | 05/13/09 | J | | |
| 870. - Gannett Company Inc. DE - common stock | | | | | Buy | 10/02/09 | J | | |
| 871. - Givaudian SA ADR - common stock | | | | | Buy | 03/12/09 | J | | |
| 872. - Greenhill & Company Inc. - common stock | | | | | Buy | 11/23/09 | J | | |
| 873. - H. J. Heinz Company - common stock | | | | | Buy | 11/17/09 | J | | |
| 874. - Halliburton Company - common stock | | | | | Buy | 05/06/09 | J | | |
| 875. - Harman International Inds. - common stock | | | | | Buy | 10/16/09 | J | | |
| 876. - HDFC Bank Ltd. ADR - common stock | | | | | Buy | 06/03/09 | J | | |
| 877. - Human Genome Sciences Inc. - common stock | | | | | Buy | 08/24/09 | J | | |
| 878. - | | | | | Sold | 10/16/09 | J | A | |
| 879. - Iberia Bank Corporation - common stock | | | | | Buy | 04/07/09 | J | | |
| 880. - | | | | | Sold | 06/26/09 | J | | |
| 881. - Icici Bank Ltd. - common stock | | | | | Buy | 05/18/09 | J | | |
| 882. - Infosys Tech. Ltd. - common stock | | | | | Buy | 04/30/09 | J | | |
| 883. - International Paper Co. - common stock | | | | | Buy | 04/29/09 | J | | |
| 884. - | | | | | Sold | 06/25/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 885. - ITC Holdings - common stock | | | | | Buy | 03/27/09 | J | | |
| 886. - | | | | | Sold | 05/22/09 | J | | |
| 887. - KAO Corporation ADR - common stock | | | | | Buy | 04/16/09 | J | | |
| 888. - Kinder Morgan Mgmt LLC - common stock | | | | | Buy | 02/20/09 | J | | |
| 889. - | | | | | Sold | 09/11/09 | J | A | |
| 890. - Kinross Gold Corporation - common stock | | | | | Buy | 07/07/09 | J | | |
| 891. - Legg Mason Wa Intrm Trm Muni A - mutual fund | | | | | Buy | 04/29/09 | K | | |
| 892. - | | | | | Buy (add'l) | 09/29/09 | J | | |
| 893. - Legg Mason Wa S/D Muni Inc. A - mutual fund | | | | | Buy | 04/24/09 | J | | |
| 894. - | | | | | Buy (add'l) | 09/29/09 | J | | |
| 895. - Marathon Oil Company - common stock | | | | | Buy | 09/24/09 | J | | |
| 896. - Market Vectors Gold Mines - common stock | | | | | Buy | 02/12/09 | J | | |
| 897. - Marriott Int'l Inc. - common stock | | | | | Buy | 03/13/09 | J | | |
| 898. - Merck & Co. Inc. - common stock | | | | | Buy | 08/05/09 | J | | |
| 899. - Metlife Inc. - common stock | | | | | Buy | 06/19/09 | J | | |
| 900. - MFA Financial Inc. - common stock | | | | | Buy | 09/03/09 | J | | |
| 901. - MGD FUT HV Class A - common stock | | | | | Buy | 01/01/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - MGD FUT LV Class A - common stock | | | | | Buy | 01/01/09 | K | | |
| 903. - Microchip Technology Inc. - common stock | | | | | Buy | 08/06/09 | J | | |
| 904. - Morgan Stanley - common stock | | | | | Buy | 04/03/09 | J | | |
| 905. - Mosaic Company (The) - common stock | | | | | Buy | 11/27/09 | J | | |
| 906. - National Fuel Gas Co. - common stock | | | | | Buy | 02/19/09 | J | | |
| 907. - New York Community Bancorp Inc. - common stock | | | | | Buy | 12/02/09 | J | | |
| 908. - Nintendo Co. Ltd. ADR - common stock | | | | | Buy | 08/03/09 | J | | |
| 909. - Nokia Corporation ADR - common stock | | | | | Buy | 01/30/09 | J | | |
| 910. - Novartis AG ADR - common stock | | | | | Buy | 02/17/09 | J | | |
| 911. - Nucor Corporation - common stock | | | | | Buy | 02/17/09 | J | | |
| 912. - Occidental Petroleum Corp. DE - common stock | | | | | Buy | 04/03/09 | J | | |
| 913. - Old Dominion Freight Line - common stock | | | | | Buy | 07/06/09 | J | | |
| 914. - | | | | | Sold | 12/02/09 | J | | |
| 915. - Old National Bancorp Ind. - common stock | | | | | Buy | 04/03/09 | J | | |
| 916. - | | | | | Sold | 06/25/09 | J | | |
| 917. - Omnicon Group - common stock | | | | | Buy | 05/13/09 | J | | |
| 918. - Owens Corning Inc. - common stock | | | | | Buy | 08/25/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisl | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Pearson PLC ADR - common stock | | | | | Buy | 04/28/09 | J | | |
| 920. - | | | | | Sold | 06/04/09 | J | A | |
| 921. - Perrigo Company - common stock | | | | | Buy | 03/26/09 | J | | |
| 922. - Petrohawk Energy Corporation - common stock | | | | | Buy | 11/12/09 | J | | |
| 923. - | | | | | Sold | 12/18/09 | J | A | |
| 924. - PG&E Corporation - common stock | | | | | Buy | 10/05/09 | J | | |
| 925. - Philip Morris Int'l. Inc. - common stock | | | | | Buy | 01/20/09 | J | | |
| 926. - | | | | | Sold | 04/30/09 | J | A | |
| 927. - Plexus Corporation - common stock | | | | | Buy | 08/12/09 | J | | |
| 928. - Polo Ralph Lauren Corp. - common stock | | | | | Buy | 08/06/09 | J | | |
| 929. - Potash Corp. of Saskatchewan Inc. - common stock | | | | | Buy | 02/26/09 | J | | |
| 930. - Proshares Short Financials - ETF | | | | | Buy | 03/03/09 | J | | |
| 931. - | | | | | Sold | 04/17/09 | J | | |
| 932. - Proshares Short MSCI EAFE - ETF | | | | | Buy | 01/23/09 | J | | |
| 933. - | | | | | Sold | 09/08/09 | J | | |
| 934. - Proshares Short MSCI EMER - ETF | | | | | Buy | 03/03/09 | J | | |
| 935. - | | | | | Sold | 07/01/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - Proshares Short S&P 500 - ETF | | | | | Buy | 06/23/09 | J | | |
| 937. - | | | | | Sold | 08/17/09 | J | | |
| 938. - Pulte Homes Inc. - common stock | | | | | Buy | 05/20/09 | J | | |
| 939. - Regal Beloit Corporation - common stock | | | | | Buy | 04/30/09 | J | | |
| 940. - Regions Financial Corporation - common stock | | | | | Buy | 10/05/09 | J | | |
| 941. - Rexam PLC ADR - common stock | | | | | Buy | 10/28/09 | J | | |
| 942. - Rohm Co. Ltd. ADR - common stock | | | | | Buy | 01/15/09 | J | | |
| 943. - Rydex Inverse 2X S&P 500 - ETF | | | | | Buy | 01/15/09 | J | | |
| 944. - | | | | | Sold | 03/27/09 | J | | |
| 945. - Sandisk Corporation - common stock | | | | | Buy | 01/07/09 | J | | |
| 946. - Scana Corporation - common stock | | | | | Buy | 02/11/09 | J | | |
| 947. - Southwestern Energy Company - common stock | | | | | Buy | 06/15/09 | J | | |
| 948. - State Street Corporation - common stock | | | | | Buy | 04/20/09 | J | | |
| 949. - Sunoco Inc. - common stock | | | | | Buy | 08/04/09 | J | | |
| 950. - Tata Motors Ltd. - common stock | | | | | Buy | 11/16/09 | J | | |
| 951. - Transdigm Group Inc. - common stock | | | | | Buy | 09/25/09 | J | | |
| 952. - Verizon Communications - common stock | | | | | Buy | 05/07/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. - Washington Post Company - common stock | | | | | Buy | 01/20/09 | J | | |
| 954. - | | | | | Sold | 08/24/09 | J | A | |
| 955. - Webmd Health Corporation - common stock | | | | | Buy | 04/14/09 | J | | |
| 956. - Wesstern Asst GLB CP DEF OPP FD - common stock | | | | | Buy | 11/23/09 | K | | |
| 957. - Whirlpool Corporation - common stock | | | | | Buy | 12/17/09 | J | | |
| 958. - Wms. Ind. Inc. - common stock | | | | | Buy | 11/16/09 | J | | |
| 959. - Wolters Kluwer NV ADR - common stock | | | | | Buy | 02/23/09 | J | | |
| 960. - Yahoo Inc. - common stock | | | | | Buy | 03/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

BROKERAGE ACCOUNT #1:

Page 6, Line 49: Sumitomo Mitsui Financial Group Inc. was inadvertently listed in my 2008 Financial Disclsoure Report on Page 14, Line 183 as a partial sale on October 22, 2008. The October 22, 2008 transaction was a final sale, with a value of "J", sold at a loss.

Page 8, Line 70: MainStay Floating Rate Fund was inadvertently listed in my 2008 Financial Disclosure Report on Page 18, Line 249 as a partial buy on December 30, 2008. The December 30, 2008 transaction was a final sale, with a value of "J", sold at a loss.

Page 8, Lines 71-73: On January 2, 2009, Merrill Lynch & Company merged into Bank of America.

Page 8, Line 74: A final sale of Nicholas-Applegate Equity & Conv. Income Fund was inadvertently omitted from my 2008 Financial Disclosure Report; see Page 19, Line 259. There was a final sale on December 30, 2008, with a value of "K", sold at a loss.

Page 8, Line 81: Putnam Floating Rate Income Fund was inadvertently listed in my 2008 Financial Disclosure Report on Page 19, Line 272 as a partial buy on December 30, 2008. The December 30, 2008 transaction was a final sale, with a value of "J", sold at a loss.

Page 9, Line 91: A final sale of MEMC Electronic Materials Inc. was inadvertently omitted from my 2008 Financial Disclosure Report; see Page 21, Line 305. There was a final sale of MEMC Electronic Materials Inc. on December 29, 2008, with a value of "J", sold at a loss.

Page 10, Line 112: A final sale of Big Lots was inadvertently omitted from my 2008 Financial Disclosure Report; see Page 24, Line 354. There was a final sale of Big Lots on December 30, 2008, with a value of "J", sold at a loss.

Pages 14-15, Lines 187-190: On November 20, 2009 Liberty Media Corp. Series A Liberty Entertainment (see Line 187), split into two and became: Liberty Media Starz Series A (see Line 188) and Liberty Media I (see Line 189). On November 25, 2009, the newly acquired Liberty Media I was exchanged for shares of The Directv Group Class A (see Line 190). There were no further reportable transactions in 2009. Of these four positions, I continue to hold Liberty Media Starz Series A and The Directv Group Class A in 2009.

Page 17, Line 234: There was a typographical error in the name Proshares UltraShort Russell 2000. The correct name is Proshares UltraShort Russell 20.

Page 20, Line 280: There was a typographical error in the name"Vctex"; the correct spelling is Vertex Pharmaceuticals.

Pages 20-21, Lines 289-290: Lockheed Martin was inadvertently omitted from my 2008 Financial Disclosure Report. There was a new buy on December 30, 2008, with a value of "J". There were no further reportable transactions in 2008.

Page 21, Line 291: Sumitomo Trust & Banking Co. was inadvertently omitted from my 2008 Financial Disclosure Report. There was a new buy on October 30, 2008, with a value of "J". There were no further reportable transactions in 2008.

Page 21, Line 292: Time Warner Cable was inadvertently omitted from my 2008 Financial Disclosure Report. There was a new buy on October 21, 2008, with a value of "J". There were no further reportable transactions in 2008.

Page 21, Line 293: Walt Disney Company was inadvertently omitted from my 2008 Financial Disclosure Report. There was a new buy on October 21, 2008, with a value of "J". There were no further reportable transactions in 2008.

BROKERAGE ACCOUNT #2:

Page 34, Line 522: Intesa Sanpaolo S.p.A. ADR was inadvertently listed in my 2008 Financial Disclosure Report, Page 43, Line 676 as a partial sale on October 21, 2008. The October 21, 2008 transaction was a final sale, with a value of "J", sold at a loss.

Page 39, Line 597: Denbury Recources, Inc. was inadvertently listed in my 2008 Financial Disclosure Report, Page 56, Line 890 as a partial sale on October 21, 2008. The October 21, 2008 transaction was a final sale, with a value of "J", sold at a loss.

Page 40, Line 615: MEMC Electronic Materials Inc. was inadvertently listed in my 2008 Financial Disclosure Report, Page 58, Line 935 as a partial sale on January 4, 2008. The transaction was a final sale on January 16, 2008, with a value of "J", sold at a gain of "A".

Page 40, Line 616: Merrill Lynch & Co. Inc. was inadvertently listed in my 2008 Financial Disclosure Report, Page 59, Line 938 as a partial sale on October 21, 2008. The October 21, 2008 transaction was a final sale, with a value of "J", sold at a loss.

Page 40, Line 626: Petrobras was inadvertently listed in my 2008 Financial Disclosure Report, Page 60, Line 957 as a partial sale on January 4, 2008. The January 4, 2008 transaction was a final sale, with a value of "J", sold at a gain of "B".

Page 41, Line 640: Hercules Offshore Inc. was inadvertently listed in my 2008 Financial Disclosure Report, Page 61, Line 984 as a partial sale on March 11, 2008. The March 11, 2008 transaction was a final sale, with a value of "J", sold at a loss.

Page 46, Line 725: EOG Recources Inc. was inadvertently omitted from my 2008 Financial Disclosure Report. There was a new buy on March 18, 2008, with a value of "J". There were no further reportable transactions in 2008.

Page 48, Lines 754-757: On November 20, 2009 Liberty Media Corp. Series A Liberty Entertainment (see Line 742), split into two and became: Liberty Media

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Starz Series A (see Line 743) and Liberty Media I (see Line 744). On November 25, 2009, the newly acquired Liberty Media I was exchanged for shares of The Directv Group Class A (see Line 745). There were no further reportable transactions in 2009. Of these four positions, I continue to hold Liberty Media Starz Series A and The Directv Group Class A in 2009.

Page 48, Line 761: Lockheed Martin Corp. was inadvertently omitted from my 2008 Financial Disclosure Report. There was a new buy on December 30, 2008, with a value of "J". There were no further reportable transactions in 2008.

Page 49, Line 781: In my 2008 Financial Disclosure Report, Page 74, Line 1207, the name Petroleo Brasileiro SA ADS was entered incorrectly. It should have been Petroleo Bras SA ADS.



| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature<u>_____</u>  <u>_____</u>

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544